# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **John Lewis Chambers,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:19-cv-00122-KDB |
| | ) | 5:17-cr-00020-KDB-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2019 Order.

October 31, 2019

Frank G. Johns, Clerk
United States District Court